```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     SUSAN K. PULVINO

                         Plaintiff(s)

       -vs-                                      05-CV-6519T


     METROPOLITAN LIFE INSURANCE COMPANY,
     ET AL

                         Defendant(s)
_____
```

The parties having electronically filed a Stipulation Discontinuing Action on October 26, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.

SO ORDERED.

                                            S/ MICHAEL A. TELESCA
                                      MICHAEL A. TELESCA
                                      United States District Judge

Dated: October 30, 2006